# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SATANJEEB SHAH,

    Plaintiff,

v.    Case No. 3:22-cv-99-MMH-JBT

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 20; Stipulation) filed on September 14, 2022. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of September, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record